Case 1:21-mj-00170-GMH Document

Case: 1:21-mj-00170
Assigned to: Judge G. Michael Harvey
Assign Date: 1/27/2021
Description: COMPLAINT W/ ARREST WARRANT

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Scott A. Thrift, being first duly sworn, hereby depose and state as follows:

## PURPOSE OF AFFIDAVIT

1. This Affidavit is submitted in support of a criminal complaint, charging Stephen Maury BAKER (hereinafter "BAKER") with violations of 18 U.S.C. § 1752(a) and 40 U.S.C. § 5104(e)(2)(D) and (G). Specifically, on January 6, 2021, BAKER was present in Washington, D.C., and knowingly, willfully and unlawfully entered and remained inside the U.S. Capitol and impeded, disrupted, and disturbed the orderly conduct of business of the United States House of Representatives and the United States Senate.

## BACKGROUND OF AFFIANT

2. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since 2016. I am currently assigned to FBI's Washington Field Office.

3. Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" dates.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

4. The U.S. Capitol, which is located at First Street, S.E., in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

1

5. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

6. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was presiding in the Senate chamber.

7. With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol Building, and U.S. Capitol police were present and attempting to keep the crowd away from the Capitol buildings and the proceedings underway inside.

8. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. At such time, the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol. Shortly after 2:00 p.m., however, individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows.

9. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and the United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint

session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

10. During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of scores of individuals inside the U.S. Capitol building without authority to be there, in violation of Federal laws.

### Tips received from the public regarding "Stephen Ignoramus"

11. Following the above-described events, FBI received multiple tips from the public in which complainants advised that on the day of the incident, they had observed an individual using the name "Stephen Ignoramus" live-streaming video from inside the Capitol building. Complainants observed the video footage by "Stephen Ignoramus" on multiple online streaming platforms, including YouTube, Periscope, and dlive.tv.

### Live-stream video footage by "Stephen Ignoramus" picked up by media outlets

12. Video footage from the aforementioned live-stream was embedded by media outlet *MSN* into an online article titled, "Trump supporters storm the U.S. Capitol in a bid to overturn election defeat." The article attributed credit for the video footage to, "Stephen Ignoramus":



13. The above-referenced live-stream was also incorporated into a video embedded in a *Vice.com* article, titled "Trump Loyalists Are Livestreaming While They Storm the Capitol." The embedded video depicted multiple video streams from the Capitol, including one originating from "Stephen Ignoramus – Washington DC":



14. Excerpts of the above-referenced live-stream from January 6, 2021, were also broadcast by *CNN* during a broadcast on or about January 13, 2021:



15. Over two hours of the above-referenced live-stream by "Stephen Ignoramus" was included in a broadcast by YouTube channel "JeffMAC," titled, "LIVE: Save America March Part 2 | Freedom Rally | Washington DC | Protest for Freedom | USA."

16. On multiple occasions during the above-referenced live-stream, the person filming and narrating the stream identifies himself to off-camera individuals as "Stephen Ignoramus," stating he is streaming to YouTube and Instagram. Additionally, in response to a question by an off-camera individual asking what his "channel" is, the narrator/cameraman of the live stream states, "Stephen Ignoramus."

17. On at least two occasions in the aforementioned video, "Stephen Ignoramus" appears on camera and addresses viewers:





6

**Comments by "Stephen Ignoramus" noted in the above-referenced video**

18. Law enforcement has reviewed the live stream from "Stephen Ignoramus" on January 6, 2021, which includes the following content:

   a. At approximately 00:55 (hours:minutes), the above-referenced video begins broadcasting a live video-stream attributed to "@stephenignoramus," (hereinafter IGNORAMUS) who is, at that time, in the midst of a crowd of demonstrators gathered outside an unspecified entrance to the Capitol building.

   b. At approximately 00:59, IGNORAMUS states, "Red Elephant is right at the door." [this may be a possible reference to 'The Red Elephants' which, per open source, is a far-right organization].

   c. At approximately 01:14, while addressing viewers of the live-stream who were participating in the online chat, IGNORAMUS states, "I love you, live chat. I'm fine. Thanks for coming, everyone. I will never forget this."

   d. At approximately 01:18, IGNORAMUS enters the Capitol building along with other individuals.

   e. At approximately 01:20, IGNORAMUS appears to enter the Capitol rotunda, at which point the live-stream feed is disrupted. When the feed is subsequently restored, IGNORAMUS is heard stating, "I can't go in the chamber, my stream drops."

   f. At approximately 01:29, IGNORAMUS appears on camera, addressing viewers, stating, "Alright what's up y'all? How you guys doin'? Super-intense. Welcome, I'm Stephen. I'm a live-streamer and a musician. We're having fun, huh? Repent and believe in Jesus."

7

g. At approximately 01:37, IGNORAMUS states, "Old men with canes were at the front leading the charge. And Vincent James was like one of the first people in, I'm almost positive." [this may be a reference to 'Vincent James,' a.k.a. VINCENT JAMES FOXX, leader of the above-referenced Red Elephants group].

h. At approximately 01:39, apparently referring to a number of individuals dressed in tactical gear, IGNORAMUS remarks, "look at this - Oathkeepers" [an apparent reference to the Oathkeepers, a far-right militia organization].

i. IGNORAMUS subsequently states, "There's nowhere to go but out. The cops are forcing us out."

j. At approximately 01:40, IGNORAMUS states, "Gotta stay away from the cops, man. Cops are trying to get us out of here."

k. At approximately 02:11, IGNORAMUS states, "I'm one of the last people up in here."

l. At approximately 02:12, now streaming from outside the Capitol building, IGNORAMUS again appears on camera and addresses viewers stating, "Thank you for coming everyone [addressing associated chat]. That was so epic. Historic day...Stephen is my name. Looks like we got a lot of new people here."

m. At approximately 03:23, in response to a question from an unidentified, off-camera individual asking, "what's your channel," IGNORAMUS states, "Stephen Ignoramus."

n. At approximately 03:24, IGNORAMUS addresses an unidentified, off-camera individual stating, "I was inside for about an hour..."

8

o. At approximately 03:28, IGNORAMUS addresses an unidentified, off-camera individual stating, "I was on ABC and Reuters and shit. I was inside for like an hour, dude. I was one of like the last 10 people in there... I'm on Instagram and YouTube. I'm Stephen Ignoramus. I don't matter though, this shit is history."

<div align="center"><b>"Stephen Ignoramus" – Online presence on multiple platforms</b></div>

19. Further review of publicly available internet content by the FBI revealed over twenty social media, video streaming, and crowd-funding platform user profiles associated with "Stephen Ignoramus." FBI further observed that several images of "Stephen Ignoramus" that were posted on some of these platforms appeared similar in likeness to the images of "Stephen Ignoramus" discussed and included above. Among these, FBI reviewed YouTube channel "Stephen Ignoramus," noting the associated profile photo appeared to depict the same individual as referenced above:



20. At the time your affiant reviewed the above-referenced YouTube channel on January 8, 2021, the channel reflected no publicly viewable video content. However, a cached version of the channel reflected a number of videos that had been previously uploaded to the channel, but were then subsequently removed. Among these videos was one 8 minute and 6 second in length video titled, "DC Stream #1 – Pre Ellipse," reflected as having been streamed "1 day ago." [As the content was no longer visible on January 8, 2021, your affiant assesses the aforementioned cached version of the channel was likely captured on or about January 7, 2021. As such, "1 day ago" would have likely corresponded to January 6, 2021] :



21.     FBI subsequently located a profile with the name "Stephen Ignoramus" on the video-streaming platform Bittube.tv, which reflected video content linked from the "Stephen Ignoramus" YouTube channel, including a video titled, "DC Stream #1 – Pre Ellipse," uploaded "2 days ago." FBI also located what appeared to be the same video, titled "DC Stream #1 – Pre Ellipse," on a profile under the name "Stephen Ignoramus" at the video-streaming platform Odysee.com. The video, which was also 8 minutes and 6 seconds in length, was accessible on this platform along with info indicating that it had been uploaded to the site on January 6, 2021. In the video, the narrator – whose voice appears to match that of the "Stephen Ignoramus" heard in the above-

referenced video footage – narrates the live stream as he walks through downtown Washington D.C., before ultimately joining up with other demonstrators:



### Identification of "Stephen Ignoramus" as Stephen Maury Baker

22. As referenced above, at least four complainants contacted the FBI to report that they had observed "Stephen Ignoramus" live-streaming from inside the Capitol perimeter on January 6, 2021. Law enforcement conducted a follow-up interview with one of the tipsters (Complainant 1). During the interview, Complainant 1 advised that he/she had recognized "Stephen Ignoramus" as STEPHEN BAKER (hereinafter BAKER), and provided a telephone number that Complainant 1 previously knew to have belonged to BAKER. Complainant 1 additionally provided contact information for another acquaintance of BAKER (hereinafter Witness 1), along with the following screenshot of an online professional profile associated with BAKER:

11



THE STORE FOR RENTALS AND LESSONS!

DC'S ONLY FULL-SERVICE MUSIC STORE

SEARCH

Middle C Music

HOME ABOUT US EVENTS LESSONS MEDIA CAMPS RETAIL RENTALS REPAIRS

# Stephen Baker

**Guitar, Bass, Piano, & Drums**

**Available Tuesday, Thursday, Friday, Saturday, & Sunday**

Stephen Baker is a multi-instrumentalist, composer, and business owner who studied music at Western Michigan University before moving to the D.C. area. He teaches piano, guitar, bass, drums, and music technology. Appreciating all musical styles, Stephen is well versed in funk, rock, soul, pop, folk and hip-hop. He has performed at venues such as the 9:30 Club, Howard Theatre, Black Cat, Rock and Roll Hotel and many more. Catch Stephen performing with bands such as Newt Junior, Drop Electric, and Picnibus. Stephen recently opened and operates a recording/rehearsal studio in Hyattsville, Maryland. Check it out at SBakermusicservices.com

**Middle C Music guitar, piano, bass, and drum instructor Stephen Baker demonstrates his prowess with both the keytar and the looping pedal board for a version of KC & the Sunshine Band's disco hit, "Get Down Tonight." Crazy mad skillz! The recording was part of Make Music Day, June 21, 2019.**

Steve's band Newt Junior (formerly Future Proof) performing their original song "Soul".

23. Witness 1 was subsequently interviewed by FBI, during which time Witness 1 advised that he/she had observed BAKER live-streaming video from within the Capitol on January

6, 2021, under the name Stephen Ignoramus. Witness 1 additionally provided contact information for another person (Witness 2), who also knew BAKER.

24. Witness 2 was subsequently interviewed by FBI, during which time Witness 2 stated he/she had known BAKER for approximately 10 years. Witness 2 had previously observed BAKER live-streaming video to multiple platforms under the name, "Stephen Ignoramus." These platforms included YouTube, Twitter, Instagram, Bitchute, Brightyon, Dlive.tv, Twitch, and Periscope. Witness 2 had previously observed videos by BAKER and had been alarmed by the content which Witness 2 described as including advancement of conspiracy theories and mockery of minority groups. Witness 2 further advised that one of BAKER's YouTube channels had been banned by YouTube in or about December 2020.

25. On January 6, 2021, Witness 2 had observed BAKER live-streaming to YouTube from within the Capitol building, then subsequently observed what appeared to be the same video stream being re-broadcast by CNN. Witness 2 advised that BAKER had removed the video content from YouTube after it had been picked up by national media.

### Query of public records associated with BAKER

26. Searches by FBI of public databases for the name STEPHEN BAKER and an associated phone number, which is the same number provided for BAKER by Complainant 1, as discussed above, produced returns for STEPHEN MAURY BAKER, with a 1988 date of birth. The aforementioned DOB was consistent with another social media profile under the name "Stephen Ignoramus," which reflected the profile user's age as "32":

13



27.     Your affiant reviewed government records for a STEPHEN MAURY BAKER with the same birth date associated with the phone number noted above. Those records include a photograph of a STEPHEN MAURY BAKER that is consistent with the images of IGNORAMUS from the livestream, as well as the images of BAKER from his professional website.

## CONCLUSIONS OF AFFIANT

28.     Based on the foregoing, your affiant submits that there is probable cause to believe that BAKER, a.k.a. "Stephen Ignoramus," violated:

   a. 18 U.S.C. § 1752(a), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such

14

proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; (3) knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions, obstruct or impede ingress or egress to or from any restricted building or grounds; or (4) knowingly engage in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a restricted building includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance; and

a. 40 U.S.C. § 5104(e)(2), which makes it a crime for an individual or group of individuals to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; or (G) parade, demonstrate, or picket in any of the Capitol Buildings.

29. As such, I respectfully request that the court issue an arrest warrant for BAKER.

The statements above are true and accurate to the best of my knowledge and belief.

_____
SPECIAL AGENT SCOTT A. THRIFT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this __27th__ day of January, 2021.

_____
U.S. MAGISTRATE JUDGE